UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
CHRISTINA ELWELL and ERIK ELWELL,
                       Plaintiffs,

            22 civ 10125 (JGK)

      -against-

RAYMOND JAMES FINANCIAL SERVICES, INC.., et al.,
                       Defendants.
-------------------------------------------------------------X

## ORDER

Motions to remand and to confirm an arbitration and arbitration award pending,

The conference scheduled for Thursday, March 16, 2023, at 3:30pm, is canceled..

**SO ORDERED.**

                                         S/John G. Koeltl
                                    **JOHN G. KOELTL**
                       **UNITED STATES DISTRICT JUDGE**

Dated: New York, New York
          March 7, 2023