UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

CHRISTINA ELWELL, ET AL.,

                Plaintiffs,

    - against -

RAYMOND JAMES FINANCIAL SERVICES, INC., et al.,

                Defendants.

22-cv-10125 (JGK)

<u>ORDER</u>

---

JOHN G. KOELTL, District Judge:

    The respondents are directed to submit courtesy copies of the pending fully briefed motion to confirm an arbitration award.

SO ORDERED.

Dated:    New York, New York
            April 14, 2023

                                         /s/ John G. Koeltl
                                           John G. Koeltl
                                     United States District Judge