UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

CHRISTINA ELWELL, ET AL.,

                Petitioners,

    - against -

RAYMOND JAMES FINANCIAL SERVICES, INC., ET AL.,

                Respondents.

---

22-cv-10125 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

    The petitioners are directed to submit a courtesy copy of ECF No. 1.

SO ORDERED.

Dated:    New York, New York
          June 23, 2023

                                                               _____
                                                                 John G. Koeltl
                                                            United States District Judge